LYNN ROSSMAN FARIS (SBN 96029)
PHIL A. THOMAS (SBN 248517)
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612 94109
Tel:  (510) 272-0169
Fax: (510) 272-0174
lfaris@leonardcarder.com
pthomas@leonardcarder.com

Attorneys for Defendant/Petitioner Operating Engineers Local Union No. 3

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA- FRESNO DIVISION

| | |
|---|---|
| KROEKER, INC. | Case No. 1:08-CV-00410-LJO-DLB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE** |
| OPERATING ENGINEERS UNION LOCAL No.3 of the International Union of Operating Engineers, AFL-CIO, and DOES 1-10, inclusive. | Hon. Lawrence J. O'Neill |
| Defendants. | |

The parties to the above-captioned action, by and through their counsel of record, hereby stipulation as follows:

1. The parties have agreed on the terms of a settlement that will dispose of all matters at issue in 1:08-CV-00410-LJO-DLB;

2. The parties expect to have a final, written settlement agreement executed within the next 30 days.

3. When the written settlement agreement is executed, the parties will submit stipulations and orders for dismissal of this action and the related action.

The parties therefore request that the Scheduling Conference currently set for July 28, 2008 at 8:15 a.m. be continued for 30 days, to give the parties time to execute the written settlement agreement.

| | |
|---|---|
| DATED: July ___, 2008 | Respectfully submitted, |
| LEONARD CARDER, LLP | THE LAW OFFICE OF GREGORY J. SMITH |
| | |
| Phil A. Thomas, Esq. | Gregory J. Smith, Esq. |
| Attorneys for Operating Engineers Local Union No. 3 | Attorneys for Kroeker, Inc. |

**Having reviewed the stipulation of the parties, the Court orders that the Scheduling Conference currently set for July 28, 2008 be continued to October 9, 2008 at 8:15am.**

GOOD CAUSE EXISTS

IT IS SO ORDERED.

**Dated:   July 16, 2008**                              /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE