IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KROEKER, INC., | CASE NO. CV F 08-410 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | |
| OPERATING ENGINEERS UNION LOCAL NO. 3 of the INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO, and DOES 1-10, | |
| Defendants. / | |

Based on the parties' stipulation for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), and the Private Demolition Agreement which resolves all disputes between the parties, this Court:

1. DISMISSES this action;
2. VACATES all pending matters, including the October 9, 2008 scheduling conference; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   September 30, 2008**         /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE

1